UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA W. JAMES, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-12-2095 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, *et al.*, *Defendants*. | § § § § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S DISCOVERY RULINGS

Pending before the court is plaintiff Sandra James's (the "plaintiff") second notice of appeal from the magistrate judge's rulings. Dkt. 100. A party may file objections with the district court after receiving an unfavorable discovery ruling from a magistrate judge, but the court may sustain the objection only to the extent that the magistrate judge's ruling is "clearly erroneous or is contrary to law." FED. R. CIV. P. 72(a). This is an ERISA benefits denial case, in which the court ultimately applies a limited review of the claim administrator's decision. *Crosby v. La. Health Serv. & Indem. Co.*, 647 F.3d 258, 264 (5th Cir. 2011) (cautioning district courts in ERISA cases to "be mindful of the limitations placed on the frequency and extent of discovery under the federal rules"). After reviewing the magistrate judge's rulings, the court finds that she acted within her discretion to provide limited conflict discovery, and the challenged orders are not "clearly erroneous" or "contrary to law." The plaintiff's objections (Dkt. 100) are **OVERRULED**.

Signed at Houston, Texas on January 23, 2014.

_____
Gray H. Miller
United States District Judge